UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN OWEN NELSON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:24-cv-00693 AC<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

Pending before the court is plaintiff's motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] ECF No. 2. Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

2. The Clerk of Court is directed to issue a summons for this case;

3. In keeping with the court's e-service procedure for Social Security cases,[2] service on the defendant Commissioner of Social Security Administration shall proceed

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

[2] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

1

1 under the court's E-Service program as follows.  Once a summons is issued, the
2 Clerk of Court shall deliver to the Commissioner of Social Security
3 Administration and the United States Attorney's Office at their designated email
4 addresses a notice of electronic filing of the action along with the summons and
5 complaint.  The Commissioner has agreed not to raise a defense of insufficient
6 service of process if provided with notice of a complaint as detailed in this order.
7 This order is not intended to prevent parties from making any other motions that
8 are appropriate under the Federal Rules of Civil Procedure; and

9     4. The Clerk of Court is DIRECTED to issue a scheduling order in this case.

10 IT IS SO ORDERED.

11 DATED: March 11, 2024

                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE